UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TONY DEXTERHOUSE,<br>   Plaintiff,<br><br>-v-<br><br>PRESIDIO FINANCIAL, LLC,<br>   Defendant.<br>_____ | )<br>)<br>)  No. 1:11-cv-771<br>)<br>)  HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

## JUDGMENT

Having determined that this Court lacks personal jurisdiction over Defendant Presidio Financial, and having granted Defendant's motion to dismiss, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**


Date: May 1, 2012               /s/ Paul L. Maloney
                               Paul L. Maloney
                               Chief United States District Judge