UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TONY DEXTERHOUSE,              ) | |
|            Plaintiff,          ) | |
|                                ) | No. 1:11-cv-771 |
| -v-                            ) | |
|                                ) | HONORABLE PAUL L. MALONEY |
| PRESIDIO FINANCIAL, LLC,       ) | |
|            Defendant.          ) | |
| _____) | |

## JUDGMENT

Having determined that this Court lacks personal jurisdiction over Defendant Presidio Financial, and having granted Defendant's motion to dismiss, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 1, 2012                                        /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge